# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-292

_____

LARRY BARBER,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 29, 2020

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Larry Barber, pro se, Petitioner.

Ashley Moody, Attorney General, and Gecelyne S. Dixon, Assistant Attorney General, Tallahassee, for Respondent.